# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ 4783                                                                 Purchased/Filed: May 22, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

*The New York City District Council Of Carpenter Pension Fund, et al*    Plaintiff

against

*Deko Enterprises LLC*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 29, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Complaint with Exhibits and Judges Rules

on ___Deko Enterprises LLC___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___304 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___43___   Approx. Wt: ___118___   Approx. Ht: ___5'___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___F___   Other: _____

Sworn to before me on this

___30th___ day of ___May, 2008___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0805181

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**