STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 22nd day of May, 2008, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Deko Enterprises LLC
      1225 East 57th Street
      Brooklyn, NY 11234

_____
IAN K. HENDERSON

Sworn to before me this
22nd day of May, 2008

_____
NOTARY PUBLIC

ANDREW GRABOIS
Notary Public, State of New York
No. 02GR6127051
Qualified in New York County
Commission Expires May 23, 2009